# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3957

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| James Daniel Dechon Ellis, also known | * | [UNPUBLISHED] |
| as J.D., | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: May 20, 2002
Filed: June 7, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

James Ellis pleaded guilty to bank fraud, in violation of 18 U.S.C. §§ 1344 and 2. The district court,[1] after denying Ellis a 2-level acceptance-of-responsibility reduction, sentenced him to 38 months imprisonment and 5 years supervised release. On appeal, Ellis argues that the district court erred in denying him the acceptance-of-responsibility reduction.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

The district court did not clearly err in denying the reduction. <u>See</u> <u>United States v. Perez</u>, 270 F.3d 737, 739 (8th Cir. 2001) (standard of review), <u>cert. denied</u>, 122 S. Ct. 1336 (2002). The evidence at sentencing showed that after his arrest Ellis absconded from a halfway house, attempted to break into his former girlfriend's residence, made threatening phone calls to her from jail, and received an obstruction-of-justice enhancement. <u>See</u> U.S.S.G. § 3E1.1, comment. (n.4); <u>United States v. Martinez</u>, 234 F.3d 1047, 1048 (8th Cir. 2000) (per curiam); <u>United States v. Ngo</u>, 132 F.3d 1231, 1233 (8th Cir. 1997).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.